# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS WILLIAM SYMONDS,<br><br>Defendant. | No. 12-CR-3007-LRR<br><br>**ORDER<br>REGARDING HEARING** |

Regarding a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2), the court shall conduct a hearing. The court shall reserve one hour for the hearing. At the hearing, appointed counsel shall represent the defendant, who shall participate by telephone. Each party shall file a list of all witnesses who are expected to be called to testify and a list of all exhibits that are expected to be offered at least five days prior to the hearing. The clerk's office shall be directed to send a copy of this order to the defendant, the office of the Federal Public Defender, the office of the United States Attorney and the office of United States Probation.

**IT IS THEREFORE ORDERED**:

(1) The clerk's office is directed to appoint counsel of record to represent the defendant and, if counsel of record is not available, the clerk's office is directed to appoint CJA counsel to represent the defendant.

(2) A hearing in Courtroom 1, 111 7th Avenue SE, Cedar Rapids, Iowa is scheduled to commence at **9:00 a.m.** central time on **Wednesday, April 15, 2015.** One hour is reserved for the hearing. The defendant is directed to participate in the hearing via telephone. Appointed counsel must make arrangements for the

defendant to call into the hearing. Appointed counsel will be notified via e-mail of the telephone number that the defendant must dial to participate in the hearing. In addition, appointed counsel is directed to notify the court of the name of the defendant's counselor and the telephone number where he and the defendant can be reached at least five days prior to the hearing.

(3) Each party is directed to file a list of all witnesses who are expected to be called to testify and a list of all exhibits that are expected to be offered at least five days prior to the hearing.

(4) The clerk's office is directed to send a copy of this order to the defendant, the office of the Federal Public Defender, the office of the United States Attorney and the office of United States Probation.

**DATED** this 23rd day of March, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA